RECEIVED
MAR 14 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| EARNEST WASHINGTON, Petitioner | CIVIL ACTION NO. 1:17-CV-1089-P |
| VERSUS | CHIEF JUDGE DEE D. DRELL |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objection filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the § 2241 petition is hereby DENIED and DISMISSED, with prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 14th day of March, 2018.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT